**FILED**

02/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0396

# IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| BILLY LEE HENDERSON, III,<br>                    Appellant / Defendant,<br><br>        -vs-<br><br>STATE OF MONTANA,<br>                    Appelle / Plaintiff. | Cause No. DA-19-396<br><br><br>**ORDER GRANTING EXTENSION** |

Upon Appellant / Defendant's foregoing motion and good cause appearing therefor;

IT IS HEREBY ORDERED;

That Appellant / Defendant is granted an extension of time for the filing of Appellant's opening brief, from the current deadline of February 22, 2022 to the date of March 22, 2022.

DATED this _____ day of February, 2022.

_____
**BOWEN GREENWOOD**
CLERK OF THE SUPREME COURT

CC:    Stevenson Law Office
        Montana Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 23 2022